**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. **13 - 60063** CR-SCOLA

/BRANNON

18 U.S.C. § 1546(a)
18 U.S.C. § 1015(a)

UNITED STATES OF AMERICA

vs.

JOSE FRANCISCO RAMIREZ,

Defendant.

_____ /



FILED by _____ D.C.

MAR 2 2 2013

STEVEN M. LARIMORE
CLERK U S DIST CT
S. D. of FLA - MIAMI

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about August 16, 2012, in Broward County, in the Southern District of Florida, the defendant,

## JOSE FRANCISCO RAMIREZ,

did knowingly present and cause to be presented to United States Citizenship and Immigration Services, an application required by the immigration laws and regulations prescribed thereunder, which contained a false statement with respect to a material fact, that is, a Form N-400, Application for Naturalization , which stated that the defendant was born in Cuba, when in truth and in fact, and as the defendant then and there well knew, he was not born in Cuba, in violation of Title 18, United States Code, Section 1546(a).

## COUNT 2

On or about August 16, 2012, in Broward County, in the Southern District of Florida, the defendant,

### JOSE FRANCISCO RAMIREZ,

did knowingly make a false statement under oath, in a case, proceeding, and matter relating to, under, and by virtue of any law of the United States relating to naturalization and citizenship, in that the defendant represented to an officer of the United States Citizenship and Immigration Services during an interview on his N-400 Application for Naturalization that he was born in Cuba, when in truth and in fact, and as the defendant then and there well knew, he was not born in Cuba, in violation of Title 18, United States Code, Section 1015(a).

A TRUE BILL.

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BENJAMIN D. ROSEN
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

JOSE FRANCISCO RAMIREZ,

    **Defendant.**

_____/

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

New Defendant(s)         Yes _____ No ____
Number of New Defendants _____
Total number of counts _____

____ Miami   ____ Key West
_X_ FTL     ____ WPB  ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)    YES
   List language and/or dialect   Spanish

4. This case will take   2-3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                  (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | x | Petty | |
   | II | 6 to 10 days | | Minor | |
   | III | 11 to 20 days | | Misdem. | |
   | IV | 21 to 60 days | | Felony | x |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes   _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes   _x_ No

_____
BENJAMIN D. ROSEN
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501612

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: JOSE FRANCISCO RAMIREZ**

**Case No:** _____

Count #:1

Fraud and Misuse of Visas, Permits, and Other Documents

Title 18, United States Code, Section 1546(a)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #:2

False Statement Related to Naturalization

Title 18, United States Code, Section 1015(a)

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**